IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, BELLSOUTH TELECOMMUNICATIONS LLC, PACIFIC BELL TELEPHONE COMPANY, MICHIGAN BELL TELEPHONE COMPANY, OHIO BELL TELEPHONE COMPANY, ILLINOIS BELL TELEPHONE COMPANY, INDIANA BELL TELEPHONE COMPANY INC., NEVADA BELL TELEPHONE COMPANY, AND WISCONSIN BELL, INC. | § § § § § § § § § § § § | |
| PLAINTIFFS, | § § | |
| v. | § § | CIVIL NO. 3:21-CV-1271-K |
| ATLAS TRADING CONGLOMERATE, INC., F/K/A DOLLAR PHONE ACCESS, INC., AND DOLLAR PHONE SERVICES, INC., | § § § § § | |
| DEFENDANTS. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United

States Magistrate Judge. Plaintiffs' *Motion to Reinstate Contempt Order and Related Fine* is thus DENIED AS MOOT.

SO ORDERED.

Signed December 5th, 2022.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE